No. 530.  GARDENS OF FAITH, INC., ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.  *John Y. Merrell* for petitioners.  *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Melva M. Graney* for respondent.

No. 536.  CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. v. McCONNELL HEAVY HAULING, INC.  Sup. Ct. Ark.  Certiorari denied.  *Edward L. Wright* for petitioner.  *Jack Holt, Jr.,* for respondent.

No. 538.  MY STORE, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.  *Henry E. Seyfarth* for petitioner.  *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 539.  BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Samuel B. Stewart* and *William D. Donnelly* for petitioner.  *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph Kovner* and *Frederick E. Youngman* for the United States.  *John P. Austin* for California Bankers Association, as *amicus curiae,* in support of the petition.

No. 227.  BULLOCK v. VIRGINIA.  Sup. Ct. App. Va.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Calvin H. Childress* for petitioner.  *Robert Y. Button,* Attorney General of Virginia, and *D. Gardiner Tyler,* Assistant Attorney General, for respondent.